IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT B. HARRISON, | Civil Action |
| Plaintiff, | No. 12-414 |
| vs. | Chief Judge Lancaster |
| JETSTREAM GROUND SERVICES, INC., | |
| Defendant. | JURY TRIAL DEMANDED |

**STIPULATION FOR DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a)(1) the parties stipulate to the dismissal of this matter with prejudice.

Respectfully submitted,

/S/Martin J. Saunders
Martin J. Saunders
Pa.I.D. No. 19940

Steptoe & Johnson, PLLC
11 Grandview Circle, Suite 200
Canonsburg, PA 15317
(724) 873-3176

Julie A. Arbore
Pa.I.D. No. 307267

Steptoe & Johnson, PLLC
1085 Van Voorhis Road, Suite 400
Morgantown, WV 26507
(304) 598-8137

Attorneys for Defendant

/S/ Christine T. Elzer
Samuel J. Cordes
Christine T. Elzer

Pa.I.D. No. 54874 (Cordes)
Pa.I.D. No. 208157 (Elzer)

Samuel J. Cordes & Associates
245 Fort Pitt Boulevard
Pittsburgh, PA 15222
(412) 281-7991

Attorneys for Plaintiff

SO ORDERED, this 4 day of Sept, 2012.

_____, C.J.