IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT B. HARRISON,　　　　　　　　　　　Civil Action

　　　　　Plaintiff,　　　　　　　　　　　　　　　No. 12-414

vs.　　　　　　　　　　　　　　　　　　　　　Chief Judge Lancaster

JETSTREAM GROUND
SERVICES, INC.,

　　　　　Defendant.　　　　　　　　　　　　　JURY TRIAL DEMANDED

## STIPULATION FOR DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1) the parties stipulate to the dismissal of this matter with prejudice.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

/S/Martin J. Saunders　　　　　　　　　　　/S/ Christine T. Elzer
Martin J. Saunders　　　　　　　　　　　　Samuel J. Cordes
Pa.I.D. No. 19940　　　　　　　　　　　　　Christine T. Elzer

Steptoe & Johnson, PLLC　　　　　　　　　Pa.I.D. No. 54874 (Cordes)
11 Grandview Circle, Suite 200　　　　　　Pa.I.D. No. 208157 (Elzer)
Canonsburg, PA 15317
(724) 873-3176　　　　　　　　　　　　　　Samuel J. Cordes & Associates
　　　　　　　　　　　　　　　　　　　　　　245 Fort Pitt Boulevard
Julie A. Arbore　　　　　　　　　　　　　　Pittsburgh, PA 15222
Pa.I.D. No. 307267　　　　　　　　　　　　(412) 281-7991

Steptoe & Johnson, PLLC　　　　　　　　　Attorneys for Plaintiff
1085 Van Voorhis Road, Suite 400
Morgantown, WV 26507
(304) 598-8137

Attorneys for Defendant　　SO ORDERED, this 4 day of Sept, 2012.

　　　　　　　　　　　　　　　　　_____,C.J.